THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Britney E.
 Ervin, Appellant.
 
 
 

Appeal From Greenville County
James W. Johnson, Jr., Circuit Court Judge
Unpublished Opinion No. 2008-UP-676
Submitted December 1, 2008  Filed
 December 9, 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Britney E. Ervin pled guilty to two counts of murder,
 two counts of possession of a weapon during the commission of a violent crime,
 assault and battery with the intent to kill, and grand larceny.  Ervin was
 sentenced to concurrent sentences of thirty, thirty, twenty, twenty, and five
 years, respectively, and a consecutive five year sentence for the grand larceny
 charge.  Ervin appeals, arguing the truncated waiver of constitutional rights
 colloquy during his guilty plea failed to comply with Boykin v. Alabama,
 395 U.S. 238 (1969).  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Ervins appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
ANDERSON,
 HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.